UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                : Chapter 13
                                      :
JAMES A. SMITH, SR.                   :
                                      :
        Debtor                        : Bankruptcy No.: 07-17382 BIF

## CONSENT ORDER

AND NOW, this 15th day of January, 2008, in consideration of the motion of debtor(s) to extend or impose the automatic stay, and upon agreement of the parties, it is

**ORDERED**, that in light of the two (2) prior bankruptcy filings of debtor(s), if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, without further leave of Court, and be it further

**ORDERED**, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

_____          _____
William C. Miller   JACK MILLER     Attorney for Debtor(s)
Chapter 13 Standing Trustee STAFF ATTY

                                   _____
                                   Debtor

                                   _____
                                   Debtor

BY THE COURT

_____
HONORABLE BRUCE I. FOX
BANKRUPTCY JUDGE