United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                              :         Bky. No.  0717382
JAMES A. SMITH SR.
 :
                                    :    Chapter 13
                                    :    10/21/08
                                    :    at  10:00 AM
                                    :    Courtroom #2
Debtor(s)                           :    900 Market Street, 2nd Floor
                                    :    Philadelphia, Pa. 19107


CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

   AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.




   The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in court on the date scheduled for the hearing or continued hearing.

   WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee respectfully requests that the Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                              Respectfully submitted,

                              /S/   William C. Miller
                              _____
                                    William C. Miller, Esquire
                              Chapter 13 Standing Trustee