United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:  : Chapter 13
JAMES A. SMITH SR.

Debtor(s)  : Bankruptcy No. 0717382

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this      day of                    , 200_ upon
consideration of the Motion to Dismiss filed by William C. Miller,
Standing Trustee, this case is dismissed, and it is further ORDERED,
that   DAVID B. SPITOFSKY                counsel for the debtor,
shall file a master mailing list with the clerk of the Bankruptcy
Court, currently updated (if such has not been previously filed);
and it is further

ORDERED, that any wage orders are hereby VACATED; and it is further

ORDERED, that in light of the Consent Order previously entered in this
matter by and among the standing trustee, debtor(s) and counsel for the
debtor(s), the dismissal of this case is WITH PREJUDICE, in accordance
with the express terms of such CONSENT ORDER.

_____
Hon. Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

DAVID B. SPITOFSKY

516 SWEDE STREET
NORRISTOWN PA  19401


Debtor(s)

JAMES A. SMITH SR.

JAMES A. SMITH
2705 VESER LANE
WILLOW GROVE PA  19090